UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
KELLY JOE PORTER              )
No Permanent Address          )
                              )
         Plaintiff,           )
                              )
     v.                       )    Civil Action No. 08-0483(RBW)
                              )
UNITED STATES OF AMERICA,     )
                              )
         Defendant.           )
                              )
_____)
```

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Diane M. Sullivan as counsel for defendant in the above-captioned case.

Respectfully submitted,

\_\_\_/s/_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C.  20530
(202)514-7205