UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **KELLY JOE PORTER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:08-cv-00483 |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | **Judge Reggie B. Walton** |
| | ) | |
| Defendant. | ) | |

**PROOF OF SERVICE OF COMPLAINT**

Plaintiff, Mr. Kelly Joe Porter, hereby submits proof of service of the Summons and Complaint in this action as follows:

Exhibit A shows Plaintiff served by certified mail a copy of the Summons and Complaint on April 8, 2008 on the Attorney General of the U.S. at 950 Pennsylvania Avenue, NW, Washington DC 20530. The U.S. Postal Service recorded receipt on April 11, 2008.

Exhibit B shows Plaintiff served by certified mail a copy of the Summons and Complaint on April 8, 2008 on the U.S. Attorney for the District of Columbia, 555 4th Street, NW, Washington, D.C. 20530. The U.S. Postal Service recorded receipt on April 12, 2008 but also showed the item as forwarded. Plaintiff resent by certified mail a copy of the Summons and Complaint on April 22, 2008. The U.S. Postal Service recorded receipt on April 28, 2008.

Dated: May 14, 2008                               Respectfully submitted,

*Joseph W. Clark*
Joseph W. Clark (468782)
E-mail: jwclark@jonesday.com
Jones Day
51 Louisiana Avenue, NW
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile:    (202) 626-1700

Attorney for Plaintiff

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

KELLY JOE PORTER
No Permanent Address

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES OF AMERICA

CASE NUMBER:   1:08-cv-00483 (RBW)

TO: (Name and address of Defendant)

Michael B. Mukasey, Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph W. Clark
Jones Day
51 Louisiana Avenue, NW
Washington, DC 20001
(202) 879-3939

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

APR - 7 2008

CLERK                                                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4/8/08 |
| NAME OF SERVER (PRINT) Julia B Givner | TITLE Project Assistant, Jones Day |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): certified mail

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/13/08        Julia B Givner
              Date           Signature of Server

Jones Day
51 Louisiana Ave NW Washington, DC 20001
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7007 3020 0002 4977 2307**
Status: **Delivered**

Your item was delivered at 4:44 AM on April 11, 2008 in WASHINGTON, DC 20530.

**Track & Confirm**
Enter Label/Receipt Number.

Additional Details >    Return to USPS.com Home >

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    Go >

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



4/21/2008 11:38 AM

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

KELLY JOE PORTER
No Permanent Address

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES OF AMERICA

CASE NUMBER: 1:08-cv-00483 (RBW)

TO: (Name and address of Defendant)

Jeffrey A. Taylor, USA
The United States Attorney for the District of Columbia
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph W. Clark
Jones Day
51 Louisiana Avenue, NW
Washington, DC 20001
(202) 879-3939

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                               APR 7 2008
_____             _____
CLERK                                                 DATE

/s/ Ka Janau Scott
_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/8/08 |
| NAME OF SERVER (PRINT) Julia B. Givner | TITLE Project Assistant, Jones Day |

*Check one box below to indicate appropriate method of service*

G    Served personally upon the defendant. Place where served: _____

G    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G    Returned unexecuted: _____

G    Other (specify): __Certified mail__

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __5/13/08__    __Julia B Givner__
               Date                              Signature of Server

Jones Day
51 Louisiana Ave NW Washington, DC 20001
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.


**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 3020 0002 4977 2321**
Status: **Forwarded**

Your item was forwarded to a different address at 6:26 PM on April 12, 2008 in WASHINGTON, DC 20001. This was because of forwarding instructions or because the address or ZIP Code on the label was incorrect. Information, if available, is updated every evening. Please check again later.

Additional Details >    Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    Go >

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7007 3020 0002 4977 2321

Postage $ 1.31
Certified Fee 2.65
Return Receipt Fee (Endorsement Required) 2.15
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 6.11

Sent To: Jeffery A. Taylor, U.S. Atty for D.C.
Street, Apt. No.: 555 Fourth Street, NW
City, State, ZIP+4: WASHINGTON, D.C. 20530

PS Form 3800, August 2006    See Reverse for Instructions



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7007 1490 0002 2617 0783**
Status: **Delivered**

Your item was delivered at 4:48 AM on April 28, 2008 in WASHINGTON, DC 20530.

Additional Details >   Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

Go >

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

