UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
KELLY JOE PORTER              )
                              )
          Plaintiff,          )
                              )
     v.                       )   Civil Action No. 08-0483(RBW)
                              )
UNITED STATES OF AMERICA,     )
                              )
          Defendant.          )
                              )
_____)
```

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for a two day enlargement of time to answer the complaint up to and including June 18, 2008.

Counsel for the defendant was in mediation on Friday, June 14, 2008 and is in mediation again this afternoon.  As a result of these mediations, counsel was unable to finalize an answer and submit it for supervisory review before her departure for mediation this afternoon.

Counsel for plaintiff graciously consents to this request.

Wherefore, it is respectfully requested that the defendant have up to and including June 18, 2008 to file an answer.

```
                    Respectfully submitted,

                    __/s/_____
                    JEFFREY A. TAYLOR, D.C. BAR # 498610
                    United States Attorney


                    __/s/_____
                    RUDOLPH CONTRERAS, D.C. BAR # 434122
                    Assistant United States Attorney


                    __/s/_____
                    DIANE M. SULLIVAN, D. C. BAR # 12765
                    Assistant United States Attorney
                    Judiciary Center Building
                    555 Fourth Street, N.W.
                    Room E4919
                    Washington, D.C. 20530
                    (202) 514-7205
```