```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

KELLY JOE PORTER              )
                              )
           Plaintiff,         )
                              )
     v.                       )    Civil Action No. 08-0483(RBW)
                              )
UNITED STATES OF AMERICA,     )
                              )
           Defendant.         )
                              )
_____)
```

## JOINT MOTION FOR REFERRAL TO A MAGISTRATE-JUDGE

The Plaintiff and Defendant respectfully move for early ADR in this matter. The parties request that a Magistrate Judge be assigned to handle Mediation/ADR before discovery begins. The parties believe that, with the assistance of a Magistrate Judge, there is a possibility that a resolution, short of extensive discovery and trial, can be reached.

                                        Respectfully Submitted,

```
__/s/_____      ___/s/_____
JOSEPH W. CLARK (468782)           JEFFREY A. TAYLOR, D.C. BAR # 498610
Jones Day                          United States Attorney
51 Louisiana Avenue, NW
Washington, DC 20001
Ph: (202) 879-3939
                                   ___/s/_____
Attorney for Plaintiff             RUDOLPH CONTRERAS, D.C. BAR # 434122
                                   Assistant United States Attorney


                                   ___/s/_____
                                   DIANE M. SULLIVAN, D.C. Bar #12765
                                   Assistant United States Attorney
                                   555 4TH St., N.W.,
                                   Room E4919
                                   Washington, D.C.  20530
                                   Phone: (202) 514-7205

                                   Attorneys for the Defendant
```