REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE E

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 28:1346 Wrongful Death | | | |
|---|---|---|---|---|
| CASE NO:<br>08CV483 | DATE REFERRED:<br>7/30/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Settlement Discussions | JUDGE:<br>Reggie B. Walton | MAG. JUDGE |

| PLAINTIFF(S):<br>PORTER | DEFENDANT(S):<br>USA |
|---|---|

| ENTRIES: |
|---|
| Case referred to Magistrate Judge for Settlement Discussions commencing on 8/1/08 and concluding October 1, 2008; |