```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

KELLY JOE PORTER              )
                              )
          Plaintiff,          )
                              )
     v.                       )    Civil Action No. 08-0483(RBW)
                              )
UNITED STATES OF AMERICA,     )
                              )
          Defendant.          )
                              )
_____)
```

### CONSENT MOTION TO RESCHEDULE MEDIATION

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court to reschedule the mediation, presently scheduled for September 9, 2008 at 2:00 p.m., to September 11, 2008 at 2:30 p.m.

Counsel for the agency, who is essential to the mediation, is getting married and will not return from a honeymoon until late on September 9, 2008.

Counsel for the plaintiff have graciously consented to this request for an extension of time.

Counsel have checked with the Clerk of the Court and September 11, 2008 at 2:30 p.m. is available on the Court's calendar and all counsel are available.

Wherefore, it is respectfully requested that the mediation be rescheduled for September 11, 2008 at 2:30 p.m.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205