UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
KELLY JOE PORTER              )
                              )
          Plaintiff,          )
                              )
     v.                       )     Civil Action No. 08-0483(RBW)
                              )
UNITED STATES OF AMERICA,     )
                              )
          Defendant.          )
                              )
_____)
```

**CONSENT MOTION TO RESCHEDULE MEDIATION**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court to reschedule the mediation, presently scheduled for September 11, 2008 at 2:30 p.m., to September 30, 2008 at 2:00 p.m.

Counsel for the defendant has a long standing commitment on September 12, 2008 and is not available.  This commitment cannot be changed without significant difficulties.

Counsel for the plaintiff have again graciously consented to this request for an extension of time.

Counsel have checked with the Clerk of the Court and September 30, 2008 at 2:00 p.m. is available on the Court's calendar and all counsel are available.

Wherefore, it is respectfully requested that the mediation be rescheduled for September 30, 2008 at 2:00 p.m.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


\_\_/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205